AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
2014 MAR 16 AM 11: 31

14 MAR 11 AM 9: 10
CLERK-ALBUQUERQUE

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| BRANDON SMITH, | ) Case No. | CR 14-455 WJ |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **BRANDON SMITH**,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C), 843(b): Conspiracy; Possession with Intent to Distribute a Mixture and Substance Containing Methamphetamine; Use of a Telephone to Facilitate a Drug Trafficking Offense.

Date: 2/13/2014

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Matthew J. Dykman, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 2/13/2014, and the person was arrested on *(date)* 2/26/14
at *(city and state)* Farmington, New Mexico

Date: 2/26/14

*Arresting officer's signature*

ABBEY E. KOPF, SPECIAL AGENT
*Printed name and title*