# UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | | |
|---|---|---|---|---|
| CR No: | 14-455 WJ | USA vs.: | Smith | |
| Date: | February 19, 2015 | Name of Deft: | Brandon Smith | |
| Before the Honorable: | William P. Johnson | | | |
| Time In/Out: | 9:24am – 9:33am | Total Time in Court (for JS10): | 9 minutes | |
| Clerk: | R. Garcia | Court Reporter: | M. Loughran | |
| AUSA: | Reeve Swainston | Defendant's Counsel: | Marc Lowry | |
| Sentencing in: | Albuquerque, NM | Interpreter: | N/A | |
| Probation Officer: | C. Cde Baca | Sworn? | Yes | No |

| Convicted on: | X | Plea | | Verdict | As to: | | Information | X | Indictment |
|---|---|---|---|---|---|---|---|---|---|
| If Plea: | X | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | Ct. 6 | | |
| If Plea Agreement: | X | Accepted | | Not Accepted | | No Plea Agreement | Comments: Rule 11(c)(1)(C) | | |
| Date of Plea/Verdict: | 11/14/2014 | | | | PSR: | | X | Not Disputed | Disputed |
| PSR: | X | Court Adopts PSR Findings | | | Evidentiary Hearing: | X | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | | |

| **SENTENCE IMPOSED** | Imprisonment (BOP): 60 months | | | |
|---|---|---|---|---|
| Supervised Release: 3 years | | | Probation: | X  500-Hour Drug Program and any educational/vocational programs available. |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | |
|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ____ months ____ days |
| | Comply with ICE laws and regulation | | Community service for ____ months ____ days |
| X | Participate in/successfully complete subst abuse program/testing | | Reside halfway house ____ months ____ days |
| | Participate in/successfully complete mental health program | | Register as sex offender |
| X | Refrain from use/possession of alcohol/intoxicants | | Participate in sex offender treatment program |
| X | Submit to search of person/property | | Possess no sexual material |
| X | No contact with co-defendant(s) w/out prior approval of Probation | | No computer with access to online services |
| | No entering or loitering near victim's residence | | No contact with children under 18 years |
| | Provide financial information | | No volunteering where children supervised |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children |
| | | | No loitering within 100 feet of school yards |
| X | 1. Deft must not possess a firearm, ammunition, destructive device, etc.<br>2. Deft must cooperate in the collection of DNA, as directed by statute<br>3. Deft must refrain from the use and possession of synthetic cannabinoids or other legally sold designer drugs | | |

| Fine: | $ 0.00 | | Restitution: | $ 0.00 | | |
|---|---|---|---|---|---|---|
| SPA: | $ 100.00 | ($100) as to each Count | Payment Schedule: | X | Due Imm. | Waived |
| OTHER: | Consistent with a stipulation in the Plea Agreement, the deft forfeits his rights, title, and interest in all assets outlined in paragraph 15 of the plea agreement | | | | | |

| | Advised of Right to Appeal | X | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| X | Held in Custody | | Voluntary Surrender |
| X | Recommended place(s) of incarceration: | | FCI Florence, CO. |

|  | Dismissed Counts: |  |
| --- | --- | --- |
| OTHER COMMENTS: |  | PSR reviewed w/client; no objections/corrections.<br>The Government requests that the Court accept the 11(c)(1)(C) Plea Agreement.<br>Mr. Lowry requests that the Court accept the plea agreement.<br>Defendant addresses the Court.<br>The Court accepts the 11(c)(1)(C) Plea Agreement. |